**FILED IN OPEN COURT**
U.S.D.C. Atlanta

**APR 27 2012**

JAMES N. ___, Clerk
By: ___

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES CHASE, | |
|     Plaintiff, | CIVIL ACTION |
| v. | NO. 1:11-CV-0173-CAP |
| JIM TIDWELL FORD, INC., | |
|     Defendant. | |

## V E R D I C T

**Do you find from a preponderance of the evidence:**

1. That the defendant was negligent in the manner claimed by the plaintiff and that such negligence was a legal cause of damage to the plaintiff??

    Answer  __✓__ YES   _____ NO

    [Note: If you answered "NO" to Question One, skip the remaining questions and have your foreperson sign this verdict form at the end.]

2. That the plaintiff also was negligent in the manner claimed by the defendant and that such negligence was a legal cause of the plaintiff's own damage?

    Answer  __✓__ YES   _____ NO

3. If you answered "Yes" to Question Two, what proportion or percentage of the plaintiff's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

Answer in terms of percentages:

The defendant     75 %

The plaintiff     25 %

[Note: The total of the percentages given in your answer should equal 100%.]

4. If you answered "Yes" to Question One, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages (without adjustment by application of any percentages you may have given in answer to Question Three)?

   (a) Medical and hospital expenses   $ 165,567.25

   (b) Mental or physical pain and anguish, past and future   $ 917,500.00

SO SAY WE ALL.

This 27 day of April, 2012.

_Stephen Aronson_
Foreperson

2