IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES CHASE,<br><br>    Plaintiff,<br><br>v.<br><br>JIM TIDWELL FORD, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-0173-CAP |

# **J U D G M E N T**

This action having come before the Court for jury trial on Monday, April 23, 2012, and the jury having returned its verdict in favor of Plaintiff on the afternoon of Friday, April 27, 2012, and the Court, having subsequently reduced the verdict to reflect the jury's assessment of comparative negligence of 25% on the part of Plaintiff, it is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be and hereby is entered in favor of the Plaintiff and against Defendant as follows:

1.    In favor of Plaintiff Charles Chase, in the amount of $165,567.25 for medical and hospital expenses reduced by Plaintiff's comparative negligence of 25% for a final amount of $124,175.44;

2.    In favor of Plaintiff Charles Chase, in the amount of $917,500.00 for mental or physical pain and anguish, past and future reduced by Plaintiff's comparative negligence of 25% for a final amount of $688,125.00; and

3. This judgment shall accrue post-judgment interest at the rate provided by law and costs of action.

| | |
|---|---|
| <u>May 3, 2012</u><br>Date | <u>James N. Hatten</u><br>Clerk |
| | <u>/s/Regena Martin</u><br>By: Deputy Clerk |